THERESA FORSATTI, as Administratrix of the Estate of CHARLES FORSATTI, Deceased, Respondent, *v.* CLAUDE POYET, Appellant.

*Forsatti* v. *Poyet*, 82 App. Div. 635, affirmed.
(Argued December 3, 1903; decided December 18, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 21, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Frank Verner Johnson* for appellant.

*Gilbert Ray Hawes* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, BARTLETT, MARTIN and WERNER, JJ. Dissenting: PARKER, Ch. J., O'BRIEN and CULLEN, JJ.